# Court of Appeals
# of the State of Georgia

ATLANTA,___July 25, 2012___

*The Court of Appeals hereby passes the following order:*

**A12A2067. VINCENT TERRY, et al v. BE CAPITAL LENDING, INC.**

After the trial court entered a final judgment in favor of the defendant, Plaintiffs Vincent Terry, et al, filed a motion to set aside the judgment pursuant to OCGA § 9-11-60 (d). They also filed a motion for a temporary restraining order. The trial court denied both of these motions, and the plaintiffs filed this direct appeal. We, however, lack jurisdiction.

An appeal from the denial of a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (8); see *MMT Enterprises, Inc. v. Cullars*, 218 Ga. App. 559, 561 (2) (462 SE2d 771) (1995). An appeal from the denial of a temporary restraining order must also be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (9). In this case, the plaintiffs-appellants have not complied with the discretionary appeal procedure. Their failure to do so deprives this Court of jurisdiction to consider this appeal, which is accordingly DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 07/25/2012
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*